## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TONOPAH SOLAR ENERGY, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>            Appellant,<br>   vs.<br>BRAHMA GROUP, INC., A NEVADA CORPORATION,<br><br>            Respondent. | No. 78092<br><br>**FILED**<br><br>SEP 0 9 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Chief Judge, The Fifth Judicial District Court
        Hon. Steven Elliott, Senior Judge
        Lansford W. Levitt, Settlement Judge
        Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC/Las Vegas
        Peel Brimley LLP/Henderson
        Nye County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-28234